UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2012 MAR -7  P 12: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| UNITED STATES | ) |
|  | ) |
| v. | ) |
|  | ) |
| DURON COLTON, | ) |
| Defendant. | ) |

Docket No. 11-10267-DJC

## MOTION TO FILE MOTION AND AFFIDAVIT
## EX PARTE AND UNDER SEAL

Now comes the defendant, Duron Colton, and moves this Honorable Court to file the

attached motion and affidavit as both under seal and *ex parte*. The allowance of this motion is

necessary to protect the defendant's right to effective assistance of counsel and due process of

law, and in the interests of justice.

Respectfully submitted,
DURON COLTON
By his attorney,

Elizabeth A. Lunt (BBO # 307700)
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

Dated: March 6, 2012