# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DURON COLTON,<br><br>Defendant. | CRIMINAL NO. 11-10267-DJC<br><br>VIOLATION:<br>21 U.S.C. §§ 841(a)(1) & 846<br>Attempted Distribution of a Controlled Substance |

### SUPERSEDING INFORMATION

The United States Attorney charges:

**COUNT ONE:** **21 U.S.C. §§ 841(a)(1) & 846 – Attempted Distribution of Controlled Substance (Cocaine Base)**

The U.S. Attorney charges that on or about February 22, 2010, within the District of Massachusetts,

**DURON COLTON,**

defendant herein, knowingly and intentionally attempted to distribute cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & 846.