# EXHIBIT 2

## STATEMENT OF FACTS

This case involves the controlled purchase of crack cocaine from Duron Colton ("defendant") using a cooperating witness ("CW"). On February 22, 2010, law enforcement agents met with the CW to arrange a controlled buy from the defendant. The CW then made a recorded two-way, push-to-talk call to the defendant and successfully arranged for the purchase of a half-ounce of crack cocaine.

The next day, on February 23, 2012, the CW placed another recorded two-way push-to-talk call to the defendant, in which call the defendant agreed to bring the crack to the CW's apartment. Agents searched the CW for contraband, outfitted him with electronic monitoring equipment, and provided him with $600 to make the deal. They then dropped off the CW and kept him under constant surveillance while he walked home. Shortly before 11:00am, agents saw the defendant arrive in a Green Ford Escort and enter the CW's residence.

Inside the apartment, as captured by the recording equipment, the defendant provided the CW with a substance that both he and the defendant believed to be crack cocaine in exchange for $600.00. Consistent with the video, agents observed the defendant leave the CW's residence, get into his car, and drive away. The CW left shortly thereafter and was kept under constant surveillance until he met back up with other agents. The CW turned over the substance he and the defendant believed to be crack cocaine, which was contained in four separate bags. The net weight of the substance was 13.31 grams.